773 A.2d 1151

SONDRA CONNOR, PLAINTIFF–MOVANT, v. PENELOPE POWELL, ET AL., DEFENDANTS–RESPONDENTS.

April 5, 2001.

Leave to appeal is granted, and the January 9, 2001, order of the trial court is summarily reversed. *See Connor v. Powell,* 162 *N.J.* 397, 417, 744 *A.*2d 1158 (2000).

---

773 A.2d 1151

GERALD MCCANN, PLAINTIFF–APPELLANT, v. CLERK OF THE CITY OF JERSEY CITY, DEFENDANT, AND LOUIS MANZO, DEFENDANT–INTERVENOR–RESPONDENT.

April 5, 2001.

This matter having come before the Court, on the grant of plaintiff's petition for certification (C–896–00), and the Court having accelerated its consideration of the appeal (M–1012–00), and the Court having reviewed the record and considered the arguments of the parties;

And good cause appearing;

IT IS ORDERED that the judgment of the Appellate Division is affirmed, 167 *N.J.* 311, 771 *A.*2d 1123; and it is further

ORDERED that the stay of the printing of affected ballots is vacated, effective immediately.